

**IT IS ORDERED as set forth below:**

**Date: May 2, 2026**

_____

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 26-53103-JWJ** |
| | ) | |
| | ) | **CHAPTER 7** |
| **LEGACY FLG, LLC dba,** | ) | |
| **FURNITURE LIQUIDATORS** | ) | |
| **OF GEORGIA** | ) | |
|       Debtor. | ) | |
| _____ | ) | |
| | ) | |
| **GKI INFILL ATLANTA, LLC** | ) | |
| | ) | |
|       Movant, | ) | |
| | ) | **CONTESTED MATTER** |
| v. | ) | |
| | ) | |
| **LEGACY FLG, LLC dba,** | ) | |
| **FURNITURE LIQUIDATORS** | ) | |
| **OF GEORGIA** | ) | |
| **TAMARA MILES OGIER as** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
|       Respondents. | ) | |
| _____ | ) | |

**CONSENT ORDER GRANTING MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT LANDLORD TO RECAPTURE CERTAIN LEASED PREMISES OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

This matter came before the Court on GKI Infill Atlanta, LLC's ("Movant") motion, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Bankruptcy Rules, asking the Court to modify the automatic stay to allow Movant stay relief and waiver of Rule 4001(a)(4) to retake possession of Movant's real property (the "Motion for Stay Relief") located at 9281 Veterans Memorial Hwy, SE, Suite 150, Mableton, Georgia 30126  (the "Premises") pursuant to the terms of the parties' lease agreement (the "Lease") or as otherwise permitted by state law. [Doc. No. 9.]

The Motion for Stay Relief was filed on March 24, 2026. The Motion for Stay Relief was set for hearing on April 28, 2026. Movant and Debtor reached a consent agreement and no one appeared in opposition at the hearing.

Having considered the Motion for Relief from Stay, the Consent of the Debtor and no opposition by the Trustee, or by T Bank, N.A., Debtor's secured lender, and the entire record in this case, IT IS HEREBY ORDERED as follows:

1.      The automatic stay is lifted to permit Movant to exercise its non-bankruptcy rights to recapture the Premises by taking any action permitted by the Lease including, but not limited to, changing the locks, dispensing with any items in the Premises in whatever manner Movant deems fit, subject to applicable non-bankruptcy law, and to take such further actions as may be necessary to recapture the Premises, but not to seek any monetary judgment against the Debtor;

2.      The automatic stay of 11 U.S.C. § 362(a) is hereby modified as to Movant, the Premises, and the Lease to the extent necessary to implement the terms of this Order;

3.      Notwithstanding Fed. R. Bank. P. 4001(a)(4), this Order is not stayed and is effective immediately upon the date of its entry; and

4.      This Court retains jurisdiction over any and all matters arising from or related to

the interpretation and implementation of this Order.

**# END OF ORDER #**

Order prepared and presented by:

CAIOLA & ROSE, LLC

*/s/ Kimberly B. Reeves*
Kimberly B. Reeves
Georgia Bar No. 333419
kimberly@caiolarose.com
*Attorney for GKI Infill Atlanta, LLC*
125 Clairemont Ave., Suite 240
Decatur, Georgia 30030
(470) 300-1020 phone

Consented to by:
Attorney for the Debtor:

THE FALCONE LAW FIRM, P.C
*/s/ Ian M. Falcone**
**Signed with express permission by Kimberly B. Reeves*
Ian M. Falcone
Georgia State Bar No. 254470
363 Lawrence Street
Marietta, GA 30060
770-426-9359

No Opposition by:

Chapter 7 Trustee:
*/s/ Tamara Miles Ogier**
**Signed with express permission by Kimberly B. Reeves*
Tamara Miles Ogier
Ga. State Bar No. 550355
P.O. Box 1547
Decatur, GA 30031
404-525-4000

Attorney for T Bank, N.A.:
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.

*/s/ Philip L. Rubin\**
*\*Signed with express permission by Kimberly B. Reeves*
Philip L. Rubin, Esq.
Ga. State Bar No. 618525
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342


**Distribution List**

Kimberly B. Reeves
Caiola & Rose, LLC
125 Clairemont Ave., Suite 240
Decatur, Georgia 30030

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

Legacy FLG, LLC
130 Prominence Point Pkwy Ste 130-140
Canton, GA 30114

Ian M. Falcone
363 Lawrence Street
Marietta, GA 30060

Tamara Miles Ogier
Chapter 7 Trustee
P.O. Box 1547
Decatur, GA 30031

United States Bankruptcy Court

Northern District of Georgia

In re: | Case No. 26-53103-jwj

Legacy FLG, LLC

    Debtor | Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                       Page 1 of 2

Date Rcvd: May 04, 2026             Form ID: pdf401                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

**Recip ID**                  **Recipient Name and Address**
db                   + Legacy FLG, LLC, 130 Prominence Point Pkwy Ste 130-140, Canton, GA 30114-9077

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name**                  **Email Address**

Elizabeth Barger Rose

       on behalf of Creditor GKI Infill Atlanta  LLC Elizabeth@caiolarose.com, amber@caiolarose.com;tina@caiolarose.com;sarah@caiolarose.com

Ian M. Falcone

       on behalf of Debtor Legacy FLG  LLC legalassistant@falconefirm.com;Falcone.IanB103925@notify.bestcase.com

Kimberly B. Reeves

       on behalf of Creditor GKI Infill Atlanta  LLC kimberly@caiolarose.com, tina@caiolarose.com,amber@caiolarose.com,sarah@caiolarose.com

Office of the United States Trustee

       ustpregion21.at.ecf@usdoj.gov

Philip L. Rubin

       on behalf of Creditor T Bank  N.A. prubin@lrglaw.com

Tamara Miles Ogier

District/off: 113E-9                               User: bncadmin                                    Page 2 of 2
Date Rcvd: May 04, 2026                            Form ID: pdf401                                   Total Noticed: 1

tmo@orratl.com  jc@orratl.com;tmo@trustesolutions.net


TOTAL: 6